IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

U.S. EQUAL EMPLOYMENT            )
OPPORTUNITY COMMISSION,          )
                                 )
    Plaintiff,                   )
                                 )
CONTONIUS GILL,                  )
                                 )
    Intervenor-Plaintiff,        )
                                 )
    v.                           )            1:11CV498
                                 )
A.C. WIDENHOUSE, INC.,           )
                                 )
    Defendant.                   )

## ORDER

On December 19, 2012, the United States Magistrate Judge's Recommendation was filed and on December 20, 2012, notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 51 and 52.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment (Doc. 24) is **GRANTED IN PART AND DENIED IN PART.** This action will proceed to trial on Intervenor-Plaintiff Contonius Gill's claims alleging racially hostile work environment,

discriminatory discharge, and retaliatory discharge in violation of federal law, and on Plaintiff EEOC's claim alleging hostile work environment in violation of Title VII and Title I. Defendant's Motion for Summary Judgment is **GRANTED** as to Plaintiff Gill's state law claim of wrongful discharge.

This the 14th day of January, 2013.

/s/ William L. Osteen, Jr.
United States District Judge