FILED: June 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1389 (L)
(1:11-cv-00498-TDS-JEP)

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Plaintiff - Appellee

CONTONIUS GILL

    Intervenor/Plaintiff - Appellee

v.

A.C. WIDENHOUSE, INC.

    Defendant - Appellant

_____

No. 13-1683
(1:11-cv-00498-TDS-JEP)

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Plaintiff - Appellee

CONTONIUS GILL

    Intervenor/Plaintiff - Appellee

v.

A.C. WIDENHOUSE, INCORPORATED

  Defendant - Appellant

-----------------

## J U D G M E N T

-----------------

  In accordance with the decision of this court, the judgment of the district court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

          <u>/s/ PATRICIA S. CONNOR, CLERK</u>